JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS PACHECO, | ) | NO. EDCV 16-2022-DOC (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEAN BORDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   December 9, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE